UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FORD MOTOR COMPANY,**

    **Plaintiff,**

vs.                                                   Case No: 3:09-cv-85-T-33MAP

**HYUNDAI of NEW PORT RICHEY, LLC,**

    **Defendant.**
_____/

## ORDER

This matter is before the Court pursuant to the parties' Joint Stipulation for Order of Dismissal with Prejudice (the "Stipulation," Doc. 25) filed on August 7, 2009. The parties inform the Court that they have entered into a Settlement Agreement that resolves this matter. The parties ask the Court to retain jurisdiction of the Settlement Agreement for enforcement purposes. The Court has reviewed the Stipulation and is fully advised.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that**:**

(1)     The Stipulation (Doc. 25) is **GRANTED**. This case is **DISMISSED** with **PREJUDICE**. The Clerk is directed to terminate any pending motions or deadlines and **CLOSE** this case.

(2)     The Court declines to retain jurisdiction of the Settlement Agreement for any purpose.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this <u>10th</u> day of August 2009.

                                                  VIRGINIA M. HERNANDEZ COVINGTON
                                                  UNITED STATES DISTRICT JUDGE

Copies to:

All parties of record